

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2017

No. 04-16-00644-CV

**UTILITY TRAILER SALES SOUTHEAST TEXAS, INC.,**
Appellant

v.

Hector L. **LOZANO** and Mary E. Short,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT003881 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
            Marialyn Barnard, Justice
            Irene Rios, Justice

Appellees' motion for rehearing was due August 3, 2017. Appellees' filed an unopposed motion for extension of time asking for an additional seven days in which to file their motion for rehearing. After review, we **GRANT** appellees' motion and **ORDER** appellees to file their motion for rehearing, if any, on or before August 10, 2017.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk